# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| **MARCO KONGIN** | * | **CIVIL ACTION NO. 14-0012** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **ERIC HOLDER, JR.** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, DECREED that Respondent's Motion to Dismiss [Doc. No. 10] is hereby GRANTED, and the Petition for Writ of Habeas Corpus is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

MONROE, LOUISIANA, this 25th day of June, 2014.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE